UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA SCHULMANN,                          )
       Plaintiff,                         )
                               )    No. 1:26-cv-2008
v.                                         )
                               )    Honorable Paul L. Maloney
ROBERT J. CONRAD, *ET AL.*,                )
       Defendants.                        )
_____)

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 8, 2026                                /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge